IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DON'T DISMYABILITIES, INC. and JULIE MALOUKIS,<br>    Plaintiffs,<br><br>v.<br><br>RRE REALTY PARTNERS, LTD.  and<br> TJR MANAGEMENT, INC.<br>    Defendants. | § CIVIL ACTION NO. 1:17-CV-1170- RP<br>§<br>§<br>§ COMPLAINT OF DISABILITY<br>§ ACCOMMODATIONS<br>§ DISCRIMINATION<br>§<br>§<br>§<br>§ ECF<br>§ |

## *MOTION TO ENTER AGREED JUDGMENT*

To the Honorable Robert Pitman, United States District Judge:

Kenneth Carden, attorney for Plaintiffs **DON'T DISMYABILITIES, INC.** and JULIE MALOUKIS and Clay Gaston, attorney for Defendants, RRE REALTY PARTNERS, LTD.  and TJR MANAGEMENT, INC, would show the Court that they have agreed to resolve this cause by requesting the Court to enter the Agreed Judgment attached hereto as exhibit A.

Dated: <u>February 2, 2018</u>

Respectfully submitted,
  <u>s/Kenneth Carden    </u>
**KENNETH D. CARDEN**
Bar Card No. 03787300
Carden Law PLLC
1409 South Lamar # 601
Dallas, Texas 75215
Tel. 214.85.3535
Fax 214.485.3536
Carden@ADA-Law.com
**MARTIN J. CIRKIEL, ESQ**
Bar Card No. 00783829
Cirkiel & Associates, P.C.
1901 E. Palm Valley Boulevard
Round Rock, Texas  78664
(512) 244-6658 [Telephone]
(512) 244-6014 [Facsimile]
marty@cirkielaw.com

**Attorneys for Don't Dismyabilities, Inc. and Julie Maloukis**

## *CERTIFICATE OF SERVICE*

      This is to Certify that the above and forgoing was served on Clay Gaston, attorney for Defendants, RRE REALTY PARTNERS, LTD. and TJR MANAGEMENT, INC, by electronic mail to [cgaston@gastonstrain.com](mailto:cgaston@gastonstrain.com) and by first class mail deposited with the USPS to:

Clay Gaston
Gaston & Strain
400 W. Illinois Ave., Suite 1120
Midland, TX 79701

On this 2nd day of February 2018.        _s/Kenneth Carden_
                                                                                     **KENNETH D. CARDEN**