IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DON'T DISMYABILITIES, INC., and JULIE MALOUKIS, <br> Plaintiffs, | § § § § § | CIVIL ACTION NO. 1:17-CV-1170-RP |
| v. | § § | DISABILITY ACCOMMODATIONS DISCRIMINATION COMPLAINT |
| RRE REALTY PARTNERS, LTD. and TJR MANAGEMENT, INC. <br> Defendants. | § § § § § | ECF |

AGREED JUDGMENT

Based on the signatures of the counsel for the parties below, the Court finds that they have agreed to the entry of this Final Judgment. It is, therefore:

ORDERED that Defendants RRE Realty Partners, Ltd. and TJR Management, Inc. complete the following remediation at the Round Rock East Shopping Center, 110 W. Palm Valley Blvd, Round Rock, Texas shown as property R071235 by the Williamson Central Appraisal District and 100 W. Palm Valley Blvd, Round Rock, Texas shown as property R489048 by the Williamson Central Appraisal District (the "Property") on or before January 1, 2019 as set out as follows:

1. Provide accessible parking spaces complying with the Americans with Disabilities Act Accessibility Guidelines (the "ADAAG") and Texas Accessibility Standards (the "TAS") §502 in a number complying with ADAAG & TAS §208.2. The number of parking spaces required to be accessible is to be calculated separately for each parking facility on the Property and the required number is not to be based on the total number of parking spaces provided in all of the parking facilities provided on the site. *See* ADAAG & TAS Advisory 208.2.

2. The designated accessible parking spaces shall be dispersed and located on the shortest accessible route to each public accommodation's accessible entrance complying with ADAAG & TAS §206.4 on the property. *See* ADAAG & TAS §208.3.1.

3. Provide an accessible route as defined by ADAAG & TAS §402, including accessible

curb ramps defined by ADAAG & TAS §406, from the designated accessible parking to each public accommodation's accessible entrance on the Property.

4. Provide correct maneuvering clearances at each public accommodations' accessible entrance complying with ADAAG & TAS §404.

It is further ORDERED that Robert Ronson, a Registered Accessibility Specialist, (the "RAS") licensed by the Texas Department of Licensing and Regulation, is appointed to oversee access compliance with the ADAAG and the TAS at the Property. The RAS will approve all remediation. Upon completion of remediation he shall file a final report with Plaintiff's counsel, and Defendants' counsel showing that all remediation is complete. The RAS' determination that the Property remediation complies with the ADAAG and TAS shall be dispositive between the Parties.

Defendants RRE Realty Partners, Ltd. and TJR Management, Inc. shall pay all reasonable fees and expenses of the RAS.

Dated: February 6, 2018

_____
Robert Pitman
United States District Judge

AGREED AS TO FORM AND SUBSTANCE:

__s/Kenneth Carden____
**Kenneth D. Carden**
Tx State Bar No. 03787300
Attorney for Ms. Maloukis and
Don't Dismyabilities, Inc.

__s/Clay Gaston_____
**Clay Gaston**
Tx State Bar No. 19355100
Attorney for RRE Realty Partners, Ltd.
and TJR Management, Inc.